JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: December 15, 2009

Check No. 1766714

Check Amount: $2,180.95

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 04-46015-R | 00011 | MANUEL & BELINDA PEREZ | 8 | XXXXXIDED | 22.70 | 0.00 | 22.70 |
| | | Original check written to: CITIFINANCIAL C/O WILLIAM P. WEAVER 512 HEIMER SAN ANTONIO, TX 78232 | | | | | |
| 08-40624-R | 00025 | CAROL GRACE & CHARLES ROBERT WOOD | 3 | XXXXX9515 | 1,756.85 | 235.20 | 1,992.05 |
| | | Original check written to: LEWISVILLE ISD C/O ROBERT E. LUNA 4411 NORTH CENTRAL EXPRESSWAY DALLAS, TX 75205 | | | | | |
| 08-50120-R | 00002 | BARRY & MELISSA HURULA | | XXXXX7975 | 120.00 | 0.00 | 120.00 |
| | | | | XXXXX1149 | | | |
| | | Original check written to: CENTURY BANK 2900 SAINT MICHAEL DRIVE TEXARKANA, TX 75503-5209 | | | | | |
| 09-50068-R | 00004 | GARY A. LEWIS | | LEW4 | 46.20 | 0.00 | 46.20 |
| | | Original check written to: LOES AUTO SALES 413 NORTHEAST FRONT DEKALB, TX 75559 | | | | | |
| | | | **TOTALS** | | **$1,945.75** | **$235.20** | **$2,180.95** |